**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEISURETECH ELECTRONICS PTY LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-906 |
| GREYFOX SYSTEMS, INC., | ) ) | Honorable Donetta W. Ambrose Chief United States District Judge |
| Defendant/Third Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SPEAKER COMPONENTS INTERNATIONAL, INC., | ) ) ) | |
| Third-Party Defendant. | ) | |

### STIPULATION FOR DISMISSAL AND ORDER THEREON

**WHEREAS,** on or about March 9, 2004, LeisureTech Electronics Pty, Limited ("LTE") commenced an action against defendant Greyfox Systems, Inc. ("Greyfox") in the United States District Court for the Northern District of California, which was subsequently transferred to the United States District Court for the Western District of Pennsylvania (Case No. 04-906) (the "Action");

**WHEREAS,** on or about May 12, 2004, Judge Jeffrey S. White of the United States District Court for the Northern District of California entered an order granting LTE's motion for a preliminary injunction against Greyfox (the "Preliminary Injunction");

**WHEREAS,** on or about May 19, 2004, LTE deposited with the Clerk of the United States District Court for the Northern District of California the amount of $10,000 (ten thousand U.S. dollars) as an undertaking pursuant to Fed. R. Civ. P. 65(c) in connection

with the Preliminary Injunction (the "Undertaking");

**WHEREAS,** in the Action on or about April 27, 2004, Greyfox filed a Third Party Complaint against Speaker Components International, Inc. ("SCI") and on or about August 6, 2004, SCI filed its Answer to the Third Party Complaint and Counterclaims against Greyfox, and on or about December 1, 2004, SCI filed its First Amended Answer to the Third Party Complaint and Counterclaims Against LTE and Greyfox, and on or about December 22, 2004, Greyfox filed its Answer to Counterclaim of SCI, and on or about February 7, 2005, LTE filed its Answer and Counterclaims Against Speaker Components International, Inc.;

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Fed. R. Civ. P. 41(a), the Action shall be dismissed with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees in connection with this Action.

**IT IS FURTHER STIPULATED AND AGREED** that the Preliminary Injunction is and shall be dissolved.

**IT IS FURTHER STIPULATED AND AGREED** that the Undertaking deposited with the Clerk of the United States District Court, Northern District of California, is no longer necessary and shall be extinguished and the amount of such Undertaking returned to LTE. Greyfox agrees to assist LTE with any steps necessary to have the Undertaking so extinguished and returned.

Dated: October 24, 2005                    FENWICK & WEST LLP

Kathryn J. Fritz, Esq.
Pro Hac Vice
275 Battery Street, Suite 1500
San Francisco, CA  94111
(415) 875-2300

-2-

And

Sabrina Hudson, Esq.
Kirkpatrick & Lockhart LLP
535 Smithfield Street
Pittsburgh, PA  15222-2312

Attorneys for LEISURETECH
ELECTRONICS PTY LIMITED

Dated: October 20, 2005

THE WEBB LAW FIRM

Kent E. Baldauf, Jr., Esq.
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1845
(412) 471-8815

Attorneys for GREYFOX SYSTEMS,
INC.  (Now On-Q/LEGRAND, Inc.)

Dated: ~~October~~ November 22, 2005

BUCHANAN INGERSOLL

David Gray, Esq.
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
(412) 562-8431

Attorneys for SPEAKER
COMPONENTS INTERNATIONAL,
INC.

**IT IS SO ORDERED.**

Dated: 11/29/05

The Honorable Donetta W. Ambrose
Chief Judge, U.S. Dist. Court, W.D. Pa.

*This case is closed forthwith.*

-3-